**FILED**
**CLERK**

8:44 am, Jul 02, 2020

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
SARFARAZ AHMED,

                      Plaintiff,

       -against-

RLB USA SAFETY & HARDWARE, INC.,
RLB BUILDING & HARDWARE
WHOLESEALE SUPPLES, CORP., and
MOHAMMAD AKTER HOSSAIN *in his
individual capacity*,

                      Defendants.
------------------------------------------------------------------ X

Civil Action No.: 20-cv-02434

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i), the Plaintiff Sarfaraz Ahmed, through the undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants RLB USA Safety & Hardware, Inc., RLB Building & Hardware Wholesale Supplies, Corp., and Mohammad Akter Hossain.

Dated: New York, New York
           July 1, 2020

                                               Akin Law Group PLLC

                                               By:  */s/ Justin Ames*
                                                    Justin Ames, Esq.
                                                   *Attorneys for the Plaintiff*
                                                   45 Broadway, Suite 1420
                                                   New York, NY 10006
                                                    Tel: (212) 825-1400

So Ordered.

Dated: 7/2/2020

***/s/ Gary R. Brown***
GARY R. BROWN, U.S.D.J.